UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LORILLARD, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Case No. 11-440 (RJL) |
| ) | |
| UNITED STATES FOOD AND DRUG ) | |
| ADMINISTRATION, *et al.*, ) | **FILED** |
| ) | JUL 2 1 2014 |
| Defendants. ) | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

**ORDER**

July 21, 2014 [## 65, 67]

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion for Summary Judgment [Dkt. # 65] is **DENIED**; it is further

**ORDERED** that Plaintiffs' Motion for Summary Judgment [Dkt. # 67] is **GRANTED, in part,** as to Count One and Count Two; it is further

**ORDERED** that Judgment is entered in favor of Plaintiffs; it is further

**ORDERED** that the U.S. Food and Drug Administration ("FDA") shall reconstitute the Tobacco Products Scientific Advisory Committee's ("TPSAC") membership so that it complies with the applicable ethics laws, including 18 U.S.C. §§ 202(a), 208; 21 U.S.C. § 379d-1; and 5 C.F.R. pts. 2635, 2640; and it is further

**ORDERED** that the FDA is enjoined from using or relying on the Menthol Report[1] in any manner.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

---

[1] The full title of the Menthol Report is: "Menthol Cigarettes and the Public Health: Review of the Scientific Evidence and Recommendations" (July 21, 2011). *See* AR 19433-684.