**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LORILLARD, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 11-cv-440 (RJL) |
| ) | |
| UNITED STATES FOOD AND DRUG ) | |
| ADMINISTRATION, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## DEFENDANTS' NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the District of Columbia from the final Order (Dkt. #83) and Memorandum Opinion (Dkt. #82) granting summary judgment to Plaintiffs and denying summary judgment to Defendants, entered in this action on July 21, 2014, and from all previous rulings in this action, including the Memorandum Order (Dkt. #44) denying Defendants' motion to dismiss, entered in this action on July 31, 2012.

Dated: September 18, 2014              Respectfully submitted,

                                       JOYCE R. BRANDA
Of Counsel:                            Acting Assistant Attorney General

WILLIAM B. SCHULTZ                     ELIZABETH J. SHAPIRO
General Counsel                        Deputy Director
                                       Federal Programs Branch

ELIZABETH H. DICKINSON                 */s/ Adam D. Kirschner*_____
Associate General Counsel              ADAM D. KIRSCHNER
Food and Drug Division                 IL Bar No. 6286601
                                       United States Department of Justice
ANNEMARIE KEMPIC                       Federal Programs Branch
Deputy Chief Counsel, Litigation       20 Massachusetts Ave., NW

|  |  |
|---|---|
| KAREN E. SCHIFTER<br>Senior Counsel<br>U.S. Dep't of Health & Human Services<br>Office of the General Counsel<br>10903 New Hampshire Ave., Room 31-4408<br>Silver Spring, MD 20933<br>Tel. 301-796-8590 | Washington, DC 20530<br>Tel. 202-353-9265<br>Fax 202-616-8470<br>Adam.Kirschner@usdoj.gov |

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon counsel of record via the Court's CM/ECF system.

\s\ *Adam D. Kirschner*_____
ADAM D. KIRSCHNER
IL Bar No. 6286601
United States Department of Justice
Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC  20530
Tel. 202-353-9265
Fax 202-616-8470
Adam.Kirschner@usdoj.gov